No. 12-2074

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
                                                    ┌──────────────────────┐
                                                    │        FILED         │
                                                    │     Feb 19, 2014     │
TODD R. ROCHOW AND JOHN ROCHOW,               )     │ DEBORAH S. HUNT, Clerk│
PERSONAL REPRESENTATIVES OF THE ESTATE              └──────────────────────┘
OF DANIEL J. ROCHOW,                          )
                                              )
        Plaintiffs-Appellees,                 )
                                              )
v.                                            )              O R D E R
                                              )
LIFE INSURANCE COMPANY OF NORTH AMERICA,      )
                                              )
        Defendant-Appellant.                  )
                                              )
```

**BEFORE:    BATCHELDER, Chief Judge; BOGGS, MOORE, COLE, CLAY, GIBBONS, ROGERS, SUTTON, COOK, McKEAGUE, GRIFFIN, KETHLEDGE, WHITE, STRANCH, and DONALD, Circuit Judges.**

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(b) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED**, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

**ENTERED BY ORDER OF THE COURT**

_____
**Deborah S. Hunt, Clerk**